**Christopher J. Manfredi**, OSB #062476
Francis Hansen & Martin LLP
1148 NW Hill Street
Bend, OR 97703
(541) 389-5010
chris@francishansen.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JACQUELINE BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SELECT REHABILITATION, LLC, an Oregon limited liability company; ERIC SHARE, an individual; ANDREA O'BRYANT, an individual,<br><br>Defendants. | Case No.  3: 18-cv-01235SB<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 41-1(a), plaintiff, Jacqueline Barber ("Plaintiff"), hereby gives notice that the parties in the above-captioned action have reached a settlement.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), counsel for the parties will file a stipulation of dismissal of this action, with prejudice and without an award of costs or attorneys' fees to any party, on or before January 15, 2020.  This will give the parties adequate time to finalize and comply with the terms of the settlement.

DATED this 31st day of December 2019.    FRANCIS HANSEN & MARTIN LLP

  s/ Christopher J. Manfredi
Christopher J. Manfredi, OSB #062476
(541) 389-5010
Attorney for Plaintiff

1 – NOTICE OF SETTLEMENT



FRANCIS HANSEN & MARTIN LLP
1148 NW HILL STREET, BEND, OR 97703-1914
TEL: (541) 389-5010 ▪ FAX: (541) 382-7068
WWW.FRANCISHANSEN.COM

## CERTIFICATE OF SERVICE

     I certify that I served a true and exact copy of the foregoing **NOTICE OF SETTLEMENT** by the method indicated below to:

| | |
|---|---|
| Tyler Moore<br>Karnopp Petersen LLP<br>360 SW Bond Street, Ste 400<br>Bend, OR 97702<br>  tjm@karnopp.com | Diane Gianos Walker<br>Kristen W. Roberts<br>Walker Morton LLP<br>180 N. Stetson Ave., Ste 4700<br>Chicago, IL 60601<br>  dwalker@walkermortonllp.com<br>  kroberts@walkermortonllp.com |
| David B. Goroff<br>Foley & Lardner LLP<br>321 N. Clark Street, Ste 2800<br>Chicago, IL 60654<br>  dgoroff@foley.com | |

☑    electronic filing using the Cm/ECF system.

DATED: December 31, 2019.

                                               FRANCIS HANSEN & MARTIN LLP

                                                _s/ Christopher J. Manfredi_
                                               Christopher J. Manfredi, OSB #062476
                                               Attorney for Plaintiff

**CERTIFICATE OF SERVICE**



FRANCIS HANSEN & MARTIN LLP
1148 NW HILL STREET, BEND, OR 97703-1914
TEL: (541) 389-5010 ▪ FAX: (541) 382-7068
WWW.FRANCISHANSEN.COM